```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 45266
  RODNEY HAL BETTERLY
  SUSAN J BETTERLY                          CHAPTER 13

                                            JUDGE: A. BENJAMIN GOLDGAR
       Debtor
   SSN XXX-XX-2348   SSN XXX-XX-8246
```

---
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 12/09/04 and confirmed on 02/04/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $ 116326.93 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FORD MOTOR CREDIT CO | SECURED | .00 | .00 | .00 |
| GMAC RESCAP LLC | SECURED | 27380.00 | .00 | 27380.00 |
| HSBC MORTGAGE CORP | CURRENT MORTG | 36508.04 | .00 | 36508.04 |
| ADVOCATE SURGICAL CARE O | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 49727.96 | .00 | 18638.68 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2462.05 | .00 | 922.81 |
| BARRINGTON RADIOLOGY & I | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 18038.94 | .00 | 6761.23 |
| GOOD SHEPHERD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 9897.60 | .00 | 3709.75 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 8734.93 | .00 | 3273.96 |
| RG MCDERMOTT DO | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 5262.82 | .00 | 1972.57 |
| ROUNDUP FUNDING LLC | UNSECURED | 848.17 | .00 | 317.91 |
| TRI COUNTY EMERGENCY PHY | UNSECURED | NOT FILED | .00 | .00 |
| US DEPARTMENT OF EDUCATI | UNSECURED | 6255.50 | .00 | 2344.64 |
| GMAC RESCAP LLC | MORTGAGE ARRE | 350.00 | .00 | 350.00 |
| US DEPARTMENT OF EDUCATI | UNSECURED | 7343.01 | .00 | 2752.25 |
| US DEPARTMENT OF EDUCATI | UNSECURED | 9102.83 | .00 | 3411.86 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

       Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 64238.04 | .00 | 117673.81 | .00 | 181911.85 |
| PRINCIPAL PAID | 64238.04 | .00 | 44105.66 | .00 | 108343.70 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 64238.04 | .00 | 44105.66 | .00 | 108343.70 |

The Debtor's attorney, PETER FRANCIS GERACI, was allowed $ 2700.00 and was paid $ 2700.00 .

The Trustee received $ 4696.30 .

Refunds to the Debtor totaled $ 586.93 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/10/08                          /S/
                                          GLENN STEARNS
                                          CHAPTER 13 TRUSTEE